IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DUANE ANGLETON, et al.,                        )
                                               )
                    Plaintiffs,                )
                                               )
vs.                                            )  Case No.: 08-1255-EFM
                                               )
                                               )
COFFEYVILLE RESOURCES REFINING &               )
MARKETING, LLC,                                )
                                               )
                    Defendant.                 )

## JOINT STIPULATION AND MOTION

COME NOW counsel for the two remaining Plaintiffs in the above-captioned matter, Michael Brady and Larry Wyrick, and counsel for Coffeyville Resources Refining & Marketing, LLC, who jointly stipulate to the Court that the claims of Michael Brady and Larry Wyrick (individually and on behalf his agricultural landlords/sharecrop farms) have been fully and completely compromised and settled. On the basis of said stipulation, the parties jointly move the Court to issue a final Order of Dismissal with Prejudice regarding these Plaintiffs' claims.

DEPEW GILLEN RATHBUN & MCINTEER LC

By:_____

Randall K. Rathbun, KS #09765
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
(316) 262-4000
Fax: (316) 265-3819
Email: randy@depewgillen.com

ATTORNEY FOR PLAINTIFFS

SMITHYMAN & ZAKOURA, CHARTERED

By:_____
    Lee M. Smithyman, KS #09391
    750 Commerce Plaza II
    7400 West 110th Street
    Overland Park, KS 66210
    (913) 661-9800
    Fax: (913) 661-9863
    Email: lee@smizak-law.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of August, 2011, a true and correct copy of the above

and foregoing **Joint Stipulation and Motion** was filed electronically and notice sent to:

Lee M. Smithyman
Arthur E. Rhodes
Veronica L. Dersch
Smithyman & Zakoura, Chtd.
750 Commerce Plaza II
7400 West 110th Street
Overland Park, KS 66210-2362

Edmund S. Gross
CVR Energy, Inc.
10 East Cambridge Circle Drive, Suite 250
Kansas City, KS 66103
*Attorneys for Defendant Coffeyville Resources*

s/Randall K. Rathbun
Randall K. Rathbun