Randall K. Rathbun #09765
Depew Gillen Rathbun & McInteer LC
8301 E. 21st Street, Suite 450
Wichita, KS  67206-2936
Telephone:  (316) 262-4000
randy@depewgillen.com

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | | |
|---|---|---|
| MICHAEL BRADY and LARRY WYRICK, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No.: 08-1255-EFM |
| | ) | |
| COFFEYVILLE RESOURCES REFINING & MARKETING, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon review of the Joint Stipulation and Motion of Michael Brady, Larry Wyrick and Coffeyville Resources Refining & Marketing, LLC, the Court determines that said motion should be granted. Therefore, the Court determines that the causes of action of Michael Brady and Larry Wyrick against Coffeyville Resources Refining & Marketing, LLC have been fully settled, such that said claims should be dismissed with prejudice to the bringing of any future action.

IT IS SO ORDERED.

Dated this 1st day of September, 2011.

*Eric F. Melgren*

Honorable Eric F. Melgren
United States District Court Judge